UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br>Plaintiff,<br>v.<br>HOUSTON, et al.,<br>Defendants. | No. 2:26-cv-02587 SCR<br><br><u>ORDER</u> |

Plaintiff is incarcerated in a county detention facility and proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 27, 2026, plaintiff a motion for temporary restraining order ("TRO") seeking "immediate medical care" for various medical conditions and pain. ECF No. 2 at 1. Plaintiff alleges in the TRO motion that defendant Smith, a physician at the Stanislaus County Public Safety Center, refuses to see him. <u>Id.</u> at 2.

The undersigned finds it necessary to hear from defendant Smith before ruling on plaintiff's TRO motion. Because plaintiff's complaint has not been screened under 28 U.S.C. § 1915A and no defendants have been served, the undersigned will order the County of Stanislaus to make a special appearance on behalf of defendant Smith and respond to plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to serve a copy of this order and plaintiff's TRO motion (ECF No. 2) filed July 27, 2026, on Stanislaus County Counsel, Thomas Boze, 1010

10th Street #6400, Modesto, CA 95354.

2. Within fourteen (14) days of the date of service of this order, the County of Stanislaus is directed to enter a special appearance in this action and to file a response to plaintiff's TRO motion (ECF No. 2). This response shall address what action(s) have been taken since plaintiff reentered county detention on or around May 14, 2026, regarding treatment for plaintiff's medical conditions and ongoing pain.

DATED: July 30, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE