UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br>Plaintiff,<br>v.<br>HOUSTON, et al.,<br>Defendants. | No. 2:26-cv-02587-SCR<br><br>ORDER |

Plaintiff is a county inmate representing himself in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 30, 2026, the Court served a copy of Plaintiff's motion for a temporary restraining order ("TRO") on Stanislaus County Counsel and ordered County Counsel to enter a special appearance in this action and to file a substantive response to the TRO motion. ECF No. 5. County Counsel was specifically ordered to address what action(s) have been taken since plaintiff reentered county detention on or about May 14, 2026 regarding treatment for plaintiff's medical conditions and ongoing pain. ECF No. 5. To date, no appearance has been entered nor has any response to the TRO motion been filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Stanislaus County Counsel shall show cause within 14 days from the date of this order why sanctions should not be imposed for failing to comply with the Court's prior order. See Local Rule 110.

2. The Court will consider discharging this show cause if County Counsel files a substantive response to the pending TRO motion no later than 14 days from the date of this order.

3. Based on the number of pending motions that Plaintiff has filed to date, the Court hereby restricts Plaintiff from filing any further pleadings pending further Court order. If the Court determines that a reply to the TRO response is necessary, the Court will set a deadline for Plaintiff to file a reply.

4. Any pleading filed in violation of this Court order will be stricken from the docket.

5. The Clerk of Court is directed to serve a copy of this order and plaintiff's TRO motion (ECF No. 2) on Stanislaus County Counsel Thomas Boze via electronic mail at cocolaw@stancounty.com as well as via regular mail at 1010 10th Street #6400, Modesto, CA 95354.

DATED: September 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

/